UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION CR 10-23 PJS |
| Plaintiff, ) | (18 U.S.C. § 1341) |
| ) | (18 U.S.C. § 1957) |
| v. ) | |
| JASON ERIC FISCHER, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Mail Fraud/Mortgage Fraud)

Beginning in or around 2006 and continuing thereafter until May 2009, in the State and District of Minnesota, the defendant,

JASON ERIC FISCHER,

devised and intended to devise a scheme and artifice to defraud and to obtain money, by means of false or fraudulent pretenses, namely mortgage fraud, and for the purpose of executing and attempting to execute such scheme and artifice, did on or about April 16, 2006 knowingly cause to be sent and delivered a fraudulent HUD-1 settlement statement to Wells Fargo Bank, N.A., located in Minneapolis, Minnesota (Loan No. 0098101462), by a commercial interstate carrier; all in violation of Title 18, United States Code, Section 1341.

### COUNT 2
### (Money Laundering)

On or about June 11, 2007, in the State and District of Minnesota, the defendant,

SCANNED
JAN 28 2010
U.S. DISTRICT COURT MPLS

FILED JAN 28 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

JASON ERIC FISCHER,

did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the defendant, as owner and operator of Real Source Title, caused $12,153.72 to be electronically transferred from Real Source Title's bank account, at Anchor Bank, to American Express, which was used to pay Real Source Title's credit card bill, such property having been derived from a specified unlawful activity, that is, mail fraud; all in violation of Title 18, United States Code, Section 1957.

## Forfeiture Allegations

Counts 1 and 2 of this Information are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

As the result of the offenses alleged in Count 1 of this Information, the defendant,

JASON ERIC FISCHER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from,

2

proceeds traceable to the violations of Title 18, United States Code, Section 1343.

As a result of the offenses alleged in Count 2 of the Information, the defendant,

JASON ERIC FISCHER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in said money laundering violations and all property traceable to such property, including the sum of money involved in Counts 2.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 1341, 1957, and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

Dated: January 28, 2010

B. TODD JONES
United States Attorney

BY: CHRISTOPHER R. WOLFE
Assistant U.S. Attorney
Attorney ID No. 24008294
Email:   chris.wolfe@usdoj.gov