**KELLEY, WOLTER & SCOTT, P.A.**
ATTORNEYS AT LAW

February 4, 2011

The Honorable Judge Patrick J. Schiltz
United States District Court Judge
United States Courthouse
300 South Fourth Street, Suite 14E
Minneapolis, MN 55415

      Re:    United States v. Jason Fischer
             Criminal No. 10-23 (PJS)

Dear Judge Schiltz:

Earlier this week, we received another updated restitution calculation from the Probation Office, which calculates a total loss of $3,928,364.88. Mr. Fischer has no objection to an amended restitution finding consistent with that calculation.

Sincerely,

**KELLEY, WOLTER & SCOTT P.A.**

*/s/ Steven E. Wolter*

Steven E. Wolter

cc:    AUSA Joe Dixon
        Probation Officer Patty Wong
        Jason Fischer

DOUGLAS A. KELLEY
STEVEN E. WOLTER
DANIEL M. SCOTT

▲

CENTRE VILLAGE OFFICES
431 S SEVENTH ST, STE 2530
MINNEAPOLIS, MN 55415

TEL: 612.371.9090
FAX: 612.371.0574
WWW.KELLEYWOLTER.COM